# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIK VERHALEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-586-W |
| | ) |
| MIDLAND FINANCIAL CO., | ) |
| RECORDS INVESTMENTS, L.L.C., | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL WITHOUT PREJUDICE OF
## DEFENDANT RECORDS INVESTMENTS, L.L.C.

Plaintiff, Erik Verhalen, dismisses his claims against Defendant, Records Investments, L.L.C., without prejudice to re-filing, with each party to bear their own costs and attorneys' fees. This dismissal does not affect the claims asserted in this matter against the other named Defendant.

Respectfully submitted,

s/*Jeff A. Taylor*
Jeff A.Taylor, OBA #17210
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK  73118
Telephone: (405) 286-1600
Facsimile: (405) 842-6132
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

      Tony G. Puckett
      Joshua W. Solberg
      McAfee & Taft A Professional Corporation
      Tenth Floor, Two Leadership Square
      211 North Robinson Avenue
      Oklahoma City, OK  73102-7103

                                        s/*Jeff A. Taylor*
                                        Jeff A. Taylor