# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIK VERHALEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-586-W |
| | ) |
| MIDLAND FINANCIAL CO., | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE

Plaintiff, Erik Verhalen, dismisses his claims against Defendant with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

s/*Jeff A. Taylor*
Jeff A.Taylor, OBA #17210
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK  73118
Telephone: (405) 286-1600
Facsimile: (405) 842-6132
Counsel for Plaintiff

s/Joshua Solbert
Tony G. Puckett
Joshua W. Solberg (signed by filing attorney with permission of attorney)
McAfee & Taft
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103

## CERTIFICATE OF SERVICE

  I hereby certify that on March 16, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

    Tony G. Puckett
    Joshua W. Solberg
    McAfee & Taft A Professional Corporation
    Tenth Floor, Two Leadership Square
    211 North Robinson Avenue
    Oklahoma City, OK  73102-7103

              s/*Jeff A. Taylor*
              Jeff A. Taylor